UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 1

Mirror Metals Inc.

                           **Plaintiff,**

v.

UNITED STATES,
                         **Defendant.**

**S U M M O N S**

**Court No. 24-00122**

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

**/s/ Mario Toscano**
Clerk of the Court

**PROTEST**

| Port(s) of Entry: Long Beach, CA | Center (if known): CEE005 |
|---|---|
| Protest Number: See attached schedule | Date Protest Filed: See attached schedule |
| Importer: Mirror Metals Inc. | Date Protest Denied: See attached schedule |
| Category of Merchandise: various steel articles ||

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| | | | | | |
| | | See attached schedule | | | |
| | | | | | |
| | | | | | |

Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt  LLP
599 Lexington Avenue, 36th Floor
New York, New York 10022
esmithweiss@GDLSK.COM
213-624-1970

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| | | | | . |

### Other

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

*Protests were filed under 19 U.S.C. 1514(a)(3) and (5) to contest the assessment of 25 percent ad valorem duties on the subject merchandise pursuant to Section 232 of the Trade Expansion Act of 1962, 19 U.S.C. 1862 (the "Section 232 duties"). Plaintiff contests the legality of the assessments under Section 232. We also contest the Bureau of Industry and Security's denial of exclusion requests filed by plaintiff pursuant to 15 CFR Part 705 Supplement 1. These assessments and denials of the exclusion requests were arbitrary, capricious, unreasonable and otherwise not in accordance with law.*

The issue which was common to all such denied protests:

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Erik Smithweiss
_____
*Signature of Plaintiff's Attorney*

July 19, 2024
_____
*Date*

## SCHEDULE OF PROTESTS

CEE005
Center (if known)

| PROTEST NUMBER | DATE PROTEST FILED | DATE DENIED | ENTRY NUMBER | ENTRY DATE | LIQ DATE | PORT CODE |
|---|---|---|---|---|---|---|
| 2704-24-168989 | 1/3/2024 | 1/23/2024 | 22447696992 | 5/11/2023 | 7/7/2023 | 2704 |
| 2704-24-169536 | 3/6/2024 | 4/22/2024 | 22447680830 | 3/2/2023 | 9/8/2023 | 2704 |
| 2704-24-169921 | 5/1/2024 | 7/17/2024 | 22447663158 | 12/7/2022 | 11/3/2023 | 2704 |
| 2704-24-170019 | 5/15/2024 | 7/17/2024 | 22447661954 | 12/13/2022 | 11/17/2023 | 2704 |
| 2704-24-170064 | 5/22/2024 | 7/17/2024 | 22447664826 | 12/30/2022 | 11/24/2023 | 2704 |
| 2704-24-170240 | 6/18/2024 | 7/17/2024 | 22447670716 | 1/31/2023 | 12/29/2023 | 2704 |
| 2704-24-170266 | 6/26/2024 | 7/17/2024 | 22447670724 | 1/31/2023 | 12/29/2023 | 2704 |
| 2704-24-170323 | 7/3/2024 | 7/17/2024 | 22447673967 | 2/8/2023 | 1/5/2024 | 2704 |
| 2704-24-170323 | 7/3/2024 | 7/17/2024 | 22447673975 | 2/11/2023 | 1/5/2024 | 2704 |
| 2704-24-170323 | 7/3/2024 | 7/17/2024 | 22447674007 | 2/12/2023 | 1/5/2024 | 2704 |
| 2704-24-170323 | 7/3/2024 | 7/17/2024 | 22447674015 | 2/8/2023 | 1/5/2024 | 2704 |
| 2704-24-170324 | 7/3/2024 | 7/17/2024 | 22447671615 | 2/7/2023 | 1/5/2024 | 2704 |
| 2704-24-170351 | 7/10/2024 | 7/17/2024 | 22447673942 | 2/13/2023 | 1/12/2024 | 2704 |

Page 1 of 1

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)